UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04CV11965JLT

*****************************************************
OSPREY UNDERWRITING AGENCY         *
LIMITED, CENTENNIAL INSURANCE      *
COMPANY AND CERTAIN                *
UNDERWRITERS AT LLOYDS             *
      Plaintiffs                  *
                                   *
v.                                 *
                                   *
VICTOR P. CAPALDI and              *
AGA FISHING CORP.                  *
      Defendants                  *
*****************************************************

## ANSWER OF AGA FISHING CORP. TO COMPLAINT FOR "DECLARATORY JUDGMENT"

**(The Parties)**

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

**(Jurisdiction)**

6. No response necessary.

**(Facts and Allegations)**

7. Admitted.

8. Admitted.

9. Defendant does not have sufficient information to either admit or deny the extent of plaintiff's injuries but does admit that plaintiff has not yet achieved maximum medical improvement. Accordingly to the extent not admitted defendant calls upon plaintiff to prove the balance of the allegations of Paragraph 9.

10. Admitted.

11. Admitted.

12. The subject policy speaks for itself.

13. The subject policy speaks for itself.

14. The subject policy speaks for itself.

15. Defendant admits that Capadli has so contended.

16. Defendant admits that Capadli has so contended.

17. Admitted.

18. Admitted.

19. Admitted.

20. The policies speak for themselves.

21. Admitted.

22. Admitted.

## AFFIRMATIVE DEFENSES

1. A settlement of all claims of Capaldi versus plaintiffs has been achieved as has a settlement in the action bearing Civil Action No. 04-10755-JLT. Accordingly Plaintiff's "Complaint for Declaratory Judgment" is moot.

WHEREFORE defendant, AGA Fishing Corporation, prays that this Honorable Court dismiss the complaint for declaratory judgment, with prejudice.

Dated: January 21, 2005

The Defendant,
AGA Fishing Corporation,
By their attorney,
JOSEPH G. ABROMOVITZ, P.C.

_____
Joseph G. Abromovitz
BBO NO. 011420
858 Washington Street
Third Floor
Dedham, MA 02026
Phone: (781) 329-1080

## CERTIFICATE OF SERVICE

I, Joseph G. Abromovitz, counsel for the plaintiff, hereby certify that on the 21st day of January, 2005 I served a copy of the within document via postage prepaid mail to the following counsel of record:

Joseph A. Regan
Regan & Kiely
85 Devonshire Street
Boston, MA 02109

Thomas J. Muzkya
CLinton & Muzyka, P.C.
One Washington Mall
Suite 1400
Boston, MA 02108

Pamela F. Lafreniere, Esquire
888 Purchase Street
New Bedford, MA 02740

_____
Joseph G. Abromovitz