UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11965-JLT

| | |
|---|---|
| OSPREY UNDERWRITING AGENCY LIMITED, CENTENNIAL INSURANCE COMPANY and CERTAIN UNDERWRITERS AT LLOYDS,<br>          Plaintiffs<br><br>v.<br><br>VICTOR P. CAPALDI and<br>AGA FISHING CORP.,<br>          Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION OF DISMISSAL

Now comes the plaintiffs and the defendant Victor P. Capaldi, in the above-entitled action, by their attorneys, and hereby stipulate pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that the plaintiffs' Complaint against Mr. Capaldi, as well as Mr. Capaldi's counterclaim against the plaintiffs, be dismissed with prejudice and without interests, costs or attorneys fees.

That part of the plaintiffs' Complaint which pertains to AGA Fishing Corporation is specifically left unaffected by this stipulation.

| ATTORNEY FOR PLAINTIFFS, | ATTORNEY FOR DEFENDANT,<br>VICTOR P. CAPALDI |
|---|---|
| *(signed)* | *(signed)* |
| Joseph A. Regan (BBO #543504)<br>Regan & Kiely LLP<br>85 Devonshire Street<br>Boston, MA 02109<br>(617)723-0901 | Carolyn Latti (BBO #467394)<br>Latti & Anderson, LLP<br>30-31 Union Wharf<br>Boston, MA 02109<br>(617)523-1000 |

EXHIBIT "C"