UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11965-JLT

| | |
|---|---|
| OSPREY UNDERWRITING AGENCY LIMITED, CENTENNIAL INSURANCE COMPANY and CERTAIN UNDERWRITERS AT LLOYDS,<br>　　　　　　Plaintiffs | )<br>)<br>)<br>)<br>) |
| v. | )<br>) |
| VICTOR P. CAPALDI and AGA FISHING CORP.,<br>　　　　　　Defendants | )<br>)<br>) |

## STIPULATION OF DISMISSAL

Now comes the plaintiffs and the defendant AGA Fishing Corp., in the above-entitled action, by their attorneys, and hereby stipulate that the plaintiffs' Declaratory Judgment action be dismissed with prejudice and without interests, costs or attorneys fees.

**ATTORNEY FOR PLAINTIFFS,**

_____
Joseph A. Regan (BBO #543504)
Regan & Kiely LLP
85 Devonshire Street
Boston, MA 02109
(617)723-0901

**ATTORNEY FOR DEFENDANT,
AGA FISHING CORP.**

_____
Joseph G. Abromovitz (BBO #011420)
858 Washington Street
Dedham, MA 02026
(781)329-1080